IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TIERRA C. IRIGOYEN MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-010-D |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| FAMILY AND PROTECTIVE | § | |
| SERVICES, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the November 6, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's November 20, 2018 objections, the court concludes that the magistrate judge's findings and conclusions are correct and they are therefore adopted.

It is therefore ordered that the July 3, 2018 motion to dismiss plaintiff's complaint of Texas Department of Family Protective Services is granted; the October 12, 2018 motion to dismiss of defendants Kristina Fisher and Sophia Munoz is granted; the September 21, 2018 motion to stay discovery of defendant Texas Department of Family Protective Services is denied without prejudice as moot; and the October 18, 2018 motion for hearing of plaintiff Tierra Cherelle Irigoyen Mendoza

is denied.

**SO ORDERED**.

December 20, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE